UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
ESE A. O'DIAH, :
:
                Plaintiff, :
: 19-CV-7586 (VSB)
       -against- :
: **ORDER**
:
TBTA-TRIBOROUGH BRIDGE AND :
TUNNEL AUTHORITY, MTA BRIDGE :
AND TUNNELS, and EZPASS NEW YORK :
SERVICE CENTER, :
:
                Defendants. :
:
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2019

VERNON S. BRODERICK, United States District Judge:

       On November 19, 2019, Defendant Triborough Bridge and Tunnel Authority filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 12(f), and 12(h)(3).  (Docs. 10, 11.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

       ORDERED that Plaintiff shall file any amended complaint by December 10, 2019.  It is unlikely that Plaintiff will have a further opportunity to amend.

       IT IS FURTHER ORDERED that if Plaintiff decides not to amend the complaint, Plaintiff shall serve any opposition to the motion to dismiss by December 21, 2019.  Defendant's reply, if any, shall be served by January 6, 2020.  At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: November 20, 2019
      New York, New York

_____
Vernon S. Broderick
United States District Judge