```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ESE A. O'DIAH,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :          19-CV-7586 (VSB)
                -against-                                  :
                                                           :                **ORDER**
                                                           :
TBTA-TRIBOROUGH BRIDGE AND                                 :
TUNNEL AUTHORITY *D/B/A EZPASS New*                        :
*York, MTA Bridge and Tunnels*,                            :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On December 6, 2019, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, it is hereby:

ORDERED that Defendant's motion to dismiss, (Doc. 10), is DENIED as moot without prejudice to refile in accordance with Federal Rule of Civil Procedure 15(a)(3).

The Clerk of Court is respectfully directed to terminate the open motion at Document 10, and further directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: December 12, 2019
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge