```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ESE A. O'DIAH,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :           19-CV-7586 (VSB)
              - against -                                   :
                                                            :                 ORDER
                                                            :
TBTA-TRIBOROUG BRIDGE AND                                   :
TUNNEL AUTHORITY,                                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 1, 2020, I ordered that Defendant's motion to dismiss, (Doc. 20), be held in abeyance until resolution of a jurisdictional issue I had identified, (Doc. 35.)  In that October 1, 2020 order, I instructed the parties to provide me with specific information regarding a proceeding referenced in Paragraph 46 of Plaintiff's Amended Complaint.  (*Id.*)  On December 18, 2020, Defendant submitted a response to that order, along with two exhibits, identifying the administrative hearing it believes Plaintiff was referencing in the complaint.  (Doc. 36.)  Plaintiff has not provided his own submission.  Accordingly, it is hereby:

ORDERED that Plaintiff shall submit any submission in response to my order at Doc. 35, and/or any response to Defendant's submission at Doc. 36, on or before February 5, 2021.

The Clerk is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: December 30, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

2