```
 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ESE A. O'DIAH,                                               :
                                                             :
                                    Plaintiff,               :
                                                             :          19-cv-7586 (VSB)
              -against-                                      :
                                                             :                **ORDER**
TBTA-TRIBOROUGH BRIDGE AND                                   :
TUNNEL AUTHORITY,                                            :
                                                             :
                                    Defendant.               :
                                                             :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the July 15, 2021 conference held in the above-captioned case, (Doc. 41), it is hereby:

ORDERED that the pro se Plaintiff is directed to update his address and contact information on the ECF docket. It is the responsibility of pro se litigants to keep their contact information current on the docket, and failure to do so could result in dismissal of this litigation. Aside from the orders listed below, Plaintiff should not expect that orders in this case will be emailed to him.

IT IS FURTHER ORDERED that Defendant is directed to email to Plaintiff (1) my June 23, 2021 Opinion & Order granting in part and denying in part Defendant's motion to dismiss, (Doc. 39), (2) my forthcoming order directing the Clerk of Court to seek pro bono counsel for Plaintiff for the limited purpose of discovery, and (3) this order. Once Defendant has done so, Defendant is ordered to file proof of service on the docket. Defendant is directed to email these orders to Plaintiff at Eodiah@gmail.com, as well as any other email addresses Defendant has on file for Plaintiff.

SO ORDERED.

Dated: July 16, 2021
      New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge