UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                            :
ESE A. O'DIAH,                        :
                            :
                 Plaintiff,   :
                            :          19-cv-7586 (VSB)
          -against-              :
                            :             **ORDER**
TBTA-TRIBOROUGH BRIDGE AND  :
TUNNEL AUTHORITY,           :
                            :
                 Defendant.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Pursuant to my August 2, 2022 Order, the post-discovery conference on August 4, 2022 at 2:00 p.m. will be telephonic. Accordingly, it is hereby:

       ORDERED that Defendant make every effort to notify Pro se Plaintiff before the time of the conference that it will be held telephonically. The dial-in is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated:  August 3, 2022
         New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge