UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                :

ESE A. O'DIAH,                          :
                                :
                    Plaintiff,    :
                                :             19-cv-7586 (VSB)
             -against-          :
                                :             **ORDER**

TBTA-TRIBOROUGH BRIDGE AND    :
TUNNEL AUTHORITY,           :
                                :
                    Defendant.   :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Pursuant to my instructions at the August 4, 2022 post-discovery conference, it is hereby:

      ORDERED that the parties meet and confer regarding potential settlement of this matter and, on or before September 7, 2022, submit a joint status letter informing me of the parties' efforts and progress towards settlement.  It is further ordered that, if settlement is unsuccessful, the parties indicate in that joint letter whether they request to engage in additional discovery.

      Pro se Plaintiff is reminded that he may contact the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants in the Southern District of New York.  Additional information may be found at https://nylag.org/pro-se-clinic/.  The Clinic's phone number is 212-613-5000 and the email address is info@nylag.org.

      IT IS FURTHER ORDERED that Defendants send a copy of this Order to Pro se Plaintiff via email.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Plaintiff.

SO ORDERED.

Dated:  August 4, 2022
        New York, New York

Vernon S. Broderick
United States District Judge