**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
ESE A. O'DIAH,

             Plaintiff,

          -against-

TBTA – TRIBOROUGH BRIDGE AND
TUNNEL AUTHORITY,

             Defendant.
-----------------------------------------------------------x

19-CV-7586 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a telephonic Pre-Settlement Conference Call in this matter on August 24, 2022. Plaintiff is directed to provide the documentation as discussed to counsel for Defendant by **August 26, 2022**. Parties are directed to respond to the Mediator's Proposal by **September 9, 2022** by emailing my Chambers email address at Wang_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

Dated: August 25, 2022
       New York, New York

                                                  *s/ Ona T. Wang*
                                                  **Ona T. Wang**
                                                  United States Magistrate Judge