**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ESE A. O'DIAH,

              Plaintiff,                              19-CV-7586 (VSB) (OTW)

              -against-                              **ORDER**

TBTA-TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY, et al.,

              Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Settlement Call on Tuesday, October 11, 2022. (ECF 76). The parties are directed to file a joint status letter by **October 28, 2022**.

**SO ORDERED.**

                                                                 *s/ Ona T. Wang*

Dated: October 11, 2022                             **Ona T. Wang**
       New York, New York                    United States Magistrate Judge